CLOSED,ACO,TransferredOutCase−DoNotDocket

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:19−cv−00917−DLI−SMG

Kiler v. HP Inc.
Assigned to: Chief Judge Dora Lizette Irizarry
Referred to: Magistrate Judge Steven M. Gold
Cause: 28:1331 Fed. Question

Date Filed: 02/15/2019
Date Terminated: 10/22/2019
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with Disabilities − Other
Jurisdiction: Federal Question

**Plaintiff**

**Marion Kiler**
*on behalf of herself and all others similarly situated*

represented by

**Anne Seelig**
Lee Litigation Group, PLLC
148 W. 24th Street
Ste 8th Floor
NEW YORK
New York, NY 10011
212−661−1008
Fax: 212−465−1181
Email: anne@leelitigation.com
*ATTORNEY TO BE NOTICED*

**C.K. Lee**
Lee Litigation Group, PLLC
148 west 24th Street
Ste 8th Floor
New York, NY 10011
212−465−1188
Fax: 212−465−1181
Email: cklee@leelitigation.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HP Inc.**

represented by

**Michael Friel Fleming**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
212−309−6000
Fax: 212−309−6001
Email: michael.fleming@morganlewis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2019 | Ï 1 | COMPLAINT against HP Inc. filing fee $ 400, receipt number ANYEDC−11203968, filed by Marion Kiler. (Lee, C.K.) (Entered: 02/15/2019) |

| | | |
|---|---|---|
| 02/15/2019 | Ï 2 | Proposed Summons. Re 1 Complaint by Marion Kiler (Lee, C.K.) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 3 | Civil Cover Sheet.. Re 1 Complaint by Marion Kiler (Lee, C.K.) (Entered: 02/15/2019) |
| 02/15/2019 | Ï | Case assigned to Chief Judge Dora Lizette Irizarry and Magistrate Judge Steven M. Gold. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 4 | Summons Issued as to HP Inc.. (Bowens, Priscilla) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 6 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 02/15/2019) |
| 03/18/2019 | Ï 7 | NOTICE of Appearance by Anne Seelig on behalf of Marion Kiler (aty to be noticed) (Seelig, Anne) (Entered: 03/18/2019) |
| 04/30/2019 | Ï 8 | NOTICE of Appearance by Michael Friel Fleming on behalf of HP Inc. (aty to be noticed) (Fleming, Michael) (Entered: 04/30/2019) |
| 04/30/2019 | Ï 9 | Letter MOTION for Extension of Time to File Answer re 1 Complaint *to June 6, 2019* by HP Inc.. (Fleming, Michael) (Entered: 04/30/2019) |
| 04/30/2019 | Ï | ORDER: Granting 9 Motion for Extension of Time to Answer. Defendant HP Inc. shall answer, move or otherwise respond to the complaint by June 6, 2019. Ordered by Magistrate Judge Steven M. Gold on 4/30/2019. (Gillespie, Saudia) (Entered: 04/30/2019) |
| 04/30/2019 | Ï 10 | SCHEDULING ORDER: An in−person initial conference will be held at **11:30 a.m.** on **June 19, 2019** before the undersigned in Courtroom 13−D South. Counsel for all parties must attend. Counsel for plaintiff is directed to immediately confirm this conference date and time with defendant's counsel. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Steven M. Gold on 4/30/2019. (Attachments: # 1 Chamber's Individual Rules) (Gillespie, Saudia) (Entered: 04/30/2019) |
| 06/03/2019 | Ï 11 | Letter MOTION for Extension of Time to File *response to the Complaint*, Letter MOTION to Adjourn Conference by HP Inc.. (Fleming, Michael) (Entered: 06/03/2019) |
| 06/04/2019 | Ï | ORDER: Granting 11 Motion for Extension of Time to File. Granting 11 Motion to Adjourn Conference. Defendant HP Inc., shall answer, move or otherwise respond to the complaint by July 8, 2019. The initial conference previously scheduled for June 19, 2019 is adjourned to **July 29, 2019** at **11:00 a.m.** in Courtroom 13D South before the undersigned. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Steven M. Gold on 6/4/2019. (Gillespie, Saudia) (Entered: 06/04/2019) |
| 06/28/2019 | Ï 12 | Letter MOTION for pre motion conference by HP Inc.. (Fleming, Michael) (Entered: 06/28/2019) |
| 07/10/2019 | Ï | ORDER denying 12 Motion for Pre Motion Conference −− No promotion conference is necessary. The parties shall submit a proposed briefing schedule for the Court's consideration on or before July |

| | | |
|---|---|---|
| | | 17, 2019. So Ordered by Chief Judge Dora Lizette Irizarry on 7/10/2019. (Carosella, Christy) (Entered: 07/10/2019) |
| 07/17/2019 | Ï 13 | Letter *regarding Court's Order of July 10, 2019* by HP Inc. (Fleming, Michael) (Entered: 07/17/2019) |
| 07/18/2019 | Ï | ORDER re 13 Letter filed by HP Inc. −− The proposed briefing schedule is approved and adopted. So Ordered by Chief Judge Dora Lizette Irizarry on 7/18/2019. (Carosella, Christy) (Entered: 07/18/2019) |
| 07/22/2019 | Ï 14 | Letter MOTION to Adjourn Conference by HP Inc.. (Fleming, Michael) (Entered: 07/22/2019) |
| 07/24/2019 | Ï | ORDER: Granting 14 Motion to Adjourn Conference. The initial conference previously scheduled for July 29, 2019 is adjourned to **October 23, 2019** at **10:00 a.m.** in Courtroom 13D South before the undersigned. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Steven M. Gold on 7/24/2019. (Gillespie, Saudia) (Entered: 07/24/2019) |
| 08/05/2019 | Ï 15 | MOTION to Dismiss for Lack of Jurisdiction *Or, Alternatively, To Transfer* by HP Inc.. (Fleming, Michael) (Entered: 08/05/2019) |
| 08/05/2019 | Ï 16 | MEMORANDUM in Support re 15 MOTION to Dismiss for Lack of Jurisdiction *Or, Alternatively, To Transfer* filed by HP Inc.. (Fleming, Michael) (Entered: 08/05/2019) |
| 08/05/2019 | Ï 17 | AFFIDAVIT/DECLARATION in Support re 15 MOTION to Dismiss for Lack of Jurisdiction *Or, Alternatively, To Transfer Declaration of Angela Gustafson* filed by HP Inc.. (Fleming, Michael) (Entered: 08/05/2019) |
| 08/05/2019 | Ï 18 | AFFIDAVIT/DECLARATION in Support re 15 MOTION to Dismiss for Lack of Jurisdiction *Or, Alternatively, To Transfer Declaration of Michael F. Fleming* filed by HP Inc.. (Attachments: # 1 Exhibit A − Terms of Use) (Fleming, Michael) (Entered: 08/05/2019) |
| 08/08/2019 | Ï 19 | Letter MOTION for Extension of Time to File *an Opposition to the Motion to Dismiss* by Marion Kiler. (Lee, C.K.) (Entered: 08/08/2019) |
| 08/08/2019 | Ï 20 | Amended MOTION for Extension of Time to File *Plaintiff's Opposition and Defendant's Reply* by Marion Kiler. (Lee, C.K.) (Entered: 08/08/2019) |
| 08/13/2019 | Ï | ORDER granting 19 Motion for Extension of Time to File; granting 20 Motion for Extension of Time to File −− As an initial matter, Court notes that the parties' request is improperly filed as a motion. The Court's Individual Rules specifically provide that requests for deadline extensions are to be made by letter not motion. Nonetheless, the request is granted and Plaintiff shall file her response on or before September 2, 2019, and Defendant shall file its reply on or before September 20, 2019. The parties are further directed to forward a courtesy copy of the fully briefed motion to chambers immediately thereafter. So Ordered by Chief Judge Dora Lizette Irizarry on 8/13/2019. (Carosella, Christy) (Entered: 08/13/2019) |
| 09/03/2019 | Ï 21 | Letter MOTION to Change Venue by Marion Kiler. (Lee, C.K.) (Entered: 09/03/2019) |
| 10/10/2019 | Ï | ORDER granting in part and denying in part 15 Defendant's Motion to Dismiss for Lack of Jurisdiction; granting 21 Plaintiff's Motion to Change Venue −− AND TRANSFERRING TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA −−− Plaintiff, a Brooklyn resident, brought this action pursuant to 42 U.S.C. § 12102, the Americans with Disabilities Act, alleging that defendant, a corporation with its principal place of business in California, maintains and/or operates a website that purportedly denies blind and visually impaired persons access to goods and services. On August 5, 2019, defendant moved to dismiss the case for lack of jurisdiction, or, alternatively, to transfer this case to the U.S. District Court for the Northern District of California ("NDCA"). DE 15 . On September 3, 2019, plaintiff filed a letter motion |

| | | |
|---|---|---|
| | | consenting to the transfer. DE 21 . As defendant and most of the witnesses reside in Palo Alto, California, and much of the alleged conduct took place there, this action could have been brought in the first instance in the NDCA. *See*, 28 U.S.C. § 1391(a)(1). Notably, the parties have consented to transfer the case to the NDCA. As such, the Court finds that is in the interest of justice to transfer this action to the NDCA. *See*, 28 U.S.C. § 1404(a) ("For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.") Accordingly, the Clerk of the Court is directed to TRANSFER this case to the U.S. District Court for the Northern District of California and to close this case. The Court defers to the transferee court a ruling on defendant's motion for dismissal for lack of jurisdiction. SO ORDERED by Chief Judge Dora Lizette Irizarry on 10/10/2019. (Irizarry, Dora) (Entered: 10/10/2019) |
| 10/22/2019 | Ï | ORDER: In light of Order dated October 10, 2019, transferring case to the Northern District of California, the initial conference previously scheduled for October 23, 2019 is canceled. Ordered by Magistrate Judge Steven M. Gold on 10/22/2019. (Gillespie, Saudia) (Entered: 10/22/2019) |
| 10/22/2019 | Ï | Case transferred to District of Northern District of California as per the Electronic Order dtd. 10/10/19. A certified copy of transfer order, and docket sheet sent to the USDC−California−Northern. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Layne, Monique) (Entered: 10/22/2019) |