# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARION KILER, on behalf of herself and all others similarly situated )
  )  Case No: 3:19-cv-06987
  )
Plaintiff(s), )
  )  **APPLICATION FOR**
v. )  **ADMISSION OF ATTORNEY**
  )  **PRO HAC VICE**
HP INC. )  (CIVIL LOCAL RULE 11-3)
  )
Defendant(s). )

I, Stephanie Schuster, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HP Inc. in the above-entitled action. My local co-counsel in this case is Kathy H. Gao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 259019

| MY ADDRESS OF RECORD:<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Morgan, Lewis & Bockius LLP<br>300 S. Grand Ave., 22nd Floor<br>Los Angeles, California 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 373-6595 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 612-2500 |
| MY EMAIL ADDRESS OF RECORD:<br>stephanie.schuster@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kathy.gao@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1011924.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/12/2019

Stephanie Schuster
APPLICANT

---

# ORDER DENYING APPLICATION
## WITHOUT PREJUDICE

IT IS HEREBY ORDERED THAT the application of Stephanie Schuster is DENIED without prejudice based on her failure to attach a copy of a certificate of good standing or equivalent official document.

Dated: November 13, 2019

*Aallı Kım*
UNITED STATES MAGISTRATE JUDGE