<table>
<tr><td>1</td><td colspan="2" align="center">**UNITED STATES DISTRICT COURT**</td></tr>
<tr><td>2</td><td colspan="2" align="center">**NORTHERN DISTRICT OF CALIFORNIA**</td></tr>
</table>

|  |  |
|---|---|
| MARION KILER, on behalf of herself and all others similarly situated<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>HP INC.<br><br>　　　　　　　　Defendant(s). | Case No: 3:19-cv-06987<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Michael F. Fleming, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HP Inc. in the above-entitled action. My local co-counsel in this case is Kathy H. Gao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 259019

| MY ADDRESS OF RECORD:<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Morgan, Lewis & Bockius LLP<br>300 S. Grand Ave., 22nd Floor<br>Los Angeles, California 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 309-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 612-2500 |
| MY EMAIL ADDRESS OF RECORD:<br>michael.fleming@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kathy.gao@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5191580.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/12/2019

　　　　　　　　　　　　　　　　　　　　　　Michael F. Fleming
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER DENYING APPLICATION WITHOUT PREJUDICE**

IT IS HEREBY ORDERED THAT the application of Michael F. Fleming is DENIED without prejudice based on his failure to attach a copy of a certificate of good standing or equivalent official document.

Dated: November 13, 2019

　　　　　　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　*October 2019*