|  |  |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION KILER, on behalf of herself and all others similarly situated )<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>HP INC.<br><br>　　　　　　　Defendant(s). | Case No: 3:19-cv-06987<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Stephanie Schuster, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HP Inc. in the above-entitled action. My local co-counsel in this case is Kathy H. Gao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 259019

| MY ADDRESS OF RECORD:<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Morgan, Lewis & Bockius LLP<br>300 S. Grand Ave., 22nd Floor<br>Los Angeles, California 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 373-6595 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 612-2500 |
| MY EMAIL ADDRESS OF RECORD:<br>stephanie.schuster@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kathy.gao@morganlewis.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1011924.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/12/2019

　　　　　　　　　　　　　　　　　　　　　　Stephanie Schuster
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Stephanie Schuster is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alli Kim
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　　　　　*October 2019*