| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

MARION KILER, on behalf of herself and all others similarly situated

Plaintiff(s),

v.

HP INC.

Defendant(s).

Case No: 3:19-cv-06987

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael F. Fleming, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HP Inc. in the above-entitled action. My local co-counsel in this case is Kathy H. Gao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 259019

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178 | Morgan, Lewis & Bockius LLP<br>300 S. Grand Ave., 22nd Floor<br>Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 309-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 612-2500 |
| MY EMAIL ADDRESS OF RECORD:<br>michael.fleming@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kathy.gao@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5191580.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/12/2019

Michael F. Fleming
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael F. Fleming is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2019

*[Signature]*
UNITED STATES MAGISTRATE JUDGE