1  **MORGAN, LEWIS & BOCKIUS LLP**
   Stephanie Schuster (*pro hac vice*)
2  1111 Pennsylvania Avenue, NW
   Washington, DC 20004
3  T: (202) 373-6595
   F: (202) 739-3001
4  stephanie.schuster@morganlewis.com

5  Michael F. Fleming (*pro hac vice*)
   101 Park Avenue
6  New York, NY 10178
   T: (212) 309-6207
7  F: (212) 309-6001
   michael.fleming@morganlewis.com
8
   Kathy H. Gao (CA Bar No. 259019)
9  300 South Grande Avenue, 22nd Floor
   Los Angeles, CA 90071
10 T: (213) 612-2500
   F: (213) 612-2501
11 kathy.gao@morganlewis.com

12 *Attorneys for Defendant*

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                    SAN FRANCISCO DIVISION
17

18 | MARION KILER, | Case No. 3:19-cv-06987-SK |
19 | | |
   | Plaintiff, | **NOTICE OF RECEIPT OF NOTICE** |
20 | | **OF VOLUNTARY DISMISSAL** |
   | v. | |
21 | | Date:   December 9, 2019 |
   | HP INC., | Judge:  Hon. Sallie Kim |
22 | | |
   | Defendant. | |
23

24

25

26

27

28

Case No. 3:19-CV-06987-SK

1    Defendant HP Inc., through counsel, hereby notifies the Court of its receipt of an executed
2    Notice of Voluntary Dismissal from Plaintiff Marion Kiler (attached as Exhibit A to the Declaration
3    of Michael F. Fleming) and respectfully requests that the Notice of Voluntary Dismissal be entered
4    on the docket.

5    As detailed in the accompanying declaration, on November 25, 2019, Defendant's counsel
6    received via the Notice of Voluntary Dismissal via mail.  Fleming Decl. ¶ 2.  The Notice of
7    Voluntary Dismissal appears to have been sent directly from Plaintiff's home address; was signed
8    by Plaintiff herself, rather than her counsel, and identifies Plaintiff as proceeding "pro se" in this
9    Action.  Fleming Decl. Ex. A.  Defendant's counsel immediately contacted Plaintiff's counsel of
10   record, CK Lee of Lee Litigation Group, PLLC, who (i) confirmed that Plaintiff, by sending the
11   Notice of Voluntary Dismissal, intends to voluntarily dismiss her claims in this action;
12   (ii) consented to Defendant's submission of the Notice of Voluntary Dismissal to the Court via
13   electronic filing; and (iii) advised that while he still represents Plaintiff, he is not admitted to
14   practice before this Court, which is why Plaintiff signed the document herself, sent it from her home
15   address, and identified herself as proceeding pro se.  Fleming Decl. Ex. B.

16   Accordingly, Defendant submits this filing, including Plaintiff's executed Notice of
17   Voluntary Dismissal (Fleming Decl. Ex. A) and respectfully requests that it be entered on the
18   docket.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

DATED: December 9, 2019          By:   s/ Stephanie Schuster
                                       Stephanie Schuster
                                       Michael F. Fleming
                                       Kathy H. Gao
                                       MORGAN, LEWIS & BOCKIUS LLP

                                       *Attorney for Defendant*