UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION KILER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HP INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-06987-SK<br><br>**REPORT AND RECOMMENDATION AND ORDER OF REASSIGNMENT**<br><br>Regarding Docket Nos. 36, 37 |

On October 24, 2019, this action was transferred to this District from the Eastern District of New York. (Dkt. No. 22.) On December 09, 2019, Defendant HP Incorporated filed a notice of receipt of Plaintiff Marion Kiler's notice of voluntary dismissal. (Dkt. No. 36.) Defendant received the notice of dismissal in the mail and it was signed by Plaintiff directly, not by her counsel. (Dkt. No. 37 (Declaration of Michael F. Fleming), ¶ 2, Ex. A.) Defendant contacted Plaintiff's counsel of record who confirmed the authenticity of the notice of dismissal. (*Id*., ¶ 3, Ex. B.). Plaintiff's counsel stated in an email that Defendant could file the notice of dismissal. (*Id*., Ex. B.)

All parties have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), and therefore the Court does not have authority to make a dispositive ruling in this case. Accordingly, the Court orders that this case be REASSIGNED to a district judge. Moreover, based on the notice of dismissal, the Court RECOMMENDS that the District Court enter the

///

///

///

///

notice of dismissal and close this case. Any party may object to this recommendation within fourteen days of the filing date of this order. *See* Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED**.

Dated: December 11, 2019



SALLIE KIM
United States Magistrate Judge