IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION KILER,<br><br>    Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 19-cv-06987-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, ENTERING DISMISSAL, AND CLOSING CASE** |

The Court has carefully reviewed the Report and Recommendation (R&R) filed by Judge Sallie Kim (dkt. 38). No objection has been filed to the R&R. The Court finds the R&R to be thorough, well-reasoned, and correct. Accordingly, the Court ADOPTS the R&R as the Order of the Court, ENTERS Plaintiff Marion Kiler's notice of dismissal, and CLOSES the case.

**IT IS SO ORDERED.**

Dated: January 9, 2020

CHARLES R. BREYER
United States District Judge